STATE of Missouri, Plaintiff–
Respondent,

v.

Anthony WILLIAMS, Defendant–
Appellant.

No. 71773.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 20, 1998.

David L. Simpson, Asst. Public Defender, Columbia, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Anthony Williams ("Defendant") appeals from judgment entered on a jury verdict finding him guilty of stealing property worth more than $150 in violation of Section 570.030, RSMo 1994. He was sentenced to a term of imprisonment of seven years. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Jerome WATSON, Appellant.

No. 71581.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 20, 1998.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Jerome Watson, Defendant, appeals the judgment entered pursuant to his jury conviction for second degree burglary and stealing over $150. The trial court sentenced him to concurrent terms of 331 days. We have reviewed the briefs of the parties and the record on appeal and find sufficient evidence to support the jury convictions. *State v. Grim*, 854 S.W.2d 403, 405 (Mo. banc 1993). An extended opinion would serve no jurisprudential purpose. Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).